UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT RADCLIFF, A/K/A
DAVID MONTAYNE,

    Petitioner,

v.                                  Case No. 2:05-CV-107-FTM-29DNF

JAMES V. CROSBY, JR., ET AL,

    Respondents.
_____/

**OPINION and ORDER**

    Petitioner Robert Radcliff ("Petitioner") was ordered to file an amended petition on the Section 2254 form provided by this Court (Doc. #4). There was little information in the original Petition (Doc. #1) regarding any appeal or post-conviction relief motions Petitioner may have pursued and it was unclear from a review of the original Petition when Petitioner's conviction became final. Petitioner's Amended Petition (Doc. #6) and Second Petition (Doc. #7) are not on the prescribed form as directed. Furthermore, there are other fatal defects in Petitioner's pleadings (Doc. #6,#7).

    First, Petitioner concedes he is time-barred under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), but he claims that because he was convicted of a crime with which he was not charged, he is innocent and this Court should therefore entertain his federal petition. He also demands federal habeas review, citing Florida Statutes § 860.12, claiming he is entitled

to state habeas relief because his conviction was based on a fatally flawed information. Finally, it is clear that Petitioner has not exhausted his claim of actual innocence or defective information in the state courts.

Petitioner's pleadings (Docs. #6, #7), which do not comply with the Court's previous order, are time-barred and the claims raised are unexhausted.

Accordingly, it is now

**ORDERED, ADJUDGED**, and **DECREED**:

This case is **DISMISSED**.  The Clerk is directed to close this case, terminate all pending motions, and enter judgment against Petitioner.

**DONE** and **ORDERED** in Fort Myers, Florida, this __10th__ day of May 2005.

JOHN E. STEELE
United States District Judge

Copies to:
All parties of record
SA/as